

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-3-2002

# USA v. Berges Romero

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-4367

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"USA v. Berges Romero" (2002). *2002 Decisions.* Paper 374.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/374

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


NO. 01-4367


UNITED STATES OF AMERICA

v.

LUIS EDUARDO BERGES ROMERO,
a/k/a LOUIE,
Appellant



On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Crim. Action No. 01-cr-00053)
District Judge:  Honorable Franklin S. VanAntwerpen


Submitted Pursuant to Third Circuit LAR 34.1(a)

June 28, 2002

BEFORE: AMBRO, STAPLETON and CUDAHY,* Circuit Judges

(Opinion Filed July 3, 2002)


_____
__

* Honorable Richard D. Cudahy, United States Circuit Judge for the Seventh Circuit,
   sitting by designation.




OPINION OF THE COURT




STAPLETON, Circuit Judge:


        Appellant Luis Eduardo Berges Romero pled guilty to conspiracy to
distribute 50 grams of crack and distribution of more than 5 grams of crack.  Prior to
sentencing, the government filed a   5K1.1 motion based on his cooperation.  The
District Court determined that Berges Romero's mandatory minimum penalty was 120
months, and that his sentencing guidelines range was 121 to 151 months.  The District
Court departed downward and imposed a sentence of 108 months of imprisonment, ten
years of supervised release, and a special assessment of $200.

The sole issue raised in this appeal is whether the District Court erred "in failing to give [Berges Romero] sufficient credit for his cooperation."  Appellant's Br. at 3.  We are without jurisdiction to review the extent of a downward departure granted by the District Court.  United States v. Khalil, 132 F.3d 897 (3d Cir. 1997).

This appeal will be dismissed for want of jurisdiction.

 TO THE CLERK:

Please file the foregoing Not Precedential Opinion.

/s/ Walter K. Stapleton
Circuit Judg